

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

IN THE MATTER OF ARBITRATION OF DISPUTES BETWEEN

THE TRUSTEES OF THE UNITE NATIONAL COTTON HEALTH FUND / UNITE NATIONAL COTTON RETIREMENT FUND,

                Petitioners,

AND

DEFENDER, INC. D/B/A STAR SUPPORTER MFG. CO., INC.,

                Respondent.

-----------------------------------------------------------------X

**02 CIVIL 9053 (BSJ)**
**CERTIFICATION OF JUDGMENT**
**FOR REGISTRATION IN**
**ANOTHER DISTRICT**
**JUDGMENT #03,0233**

04mc027

    I, J. Michael McMahon, Clerk of this United States District Court certify that the attached is a true and correct copy of the judgment entered in this action on February 10, 2003 as it appears in the records of this court, and that * no notice of appeal has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

    IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on November 21, 2003.

                                            J. M. McMahon
                                            **Clerk**

                                            **(By) Deputy Clerk**



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of
ARBITRATION OF DISPUTES

between

THE TRUSTEES OF THE
UNITE NATIONAL COTTON HEALTH FUND AND
UNITE NATIONAL COTTON RETIREMENT FUND,
Petitioners,

and

DEFENDER, INC.
D/B/A STAR SUPPORTER MFG. CO., INC.,
Respondent.

**DEFAULT JUDGMENT**
02 Civ. 9053 (BSJ)



The Trustees of the Amalgamated Cotton Garment and Allied Industries Fund, presently known as The Trustees of the UNITE National Cotton Health Fund and UNITE National Cotton Retirement Fund (hereinafter, the "Petitioners") having commenced the within action on November 13, 2002 by filing a Petition to Confirm the Arbitration Award of Philip Ross, dated October 10, 2002 (hereinafter, the "Petition") and Defender, Inc., D/B/A Star Supporter Mfg. Co., Inc. (hereinafter, the "Respondent") having been duly served on November 26, 2002 with a copy of the Petition and copies of papers in support of the Petition by certified mail, return receipt requested and proofs of service having been filed on November 27, 2002 and Respondent having failed to appear, answer or otherwise move with respect to the Petition,

**NOW, THEREFORE**, upon application of the Petitioners and upon reading the annexed Affidavit of Judith Greenspan, Esq. duly sworn the 29th day of January 2003 and the Certificate of J. Michael McMahon, Acting Clerk of Court, United States District Court for the Southern District of New York, noting the default of the above named Respondent for failure to appear, answer or otherwise move with respect to the Petition, it is hereby,

**ORDERED AND ADJUDGED**, that the Arbitration Award of Philip Ross, dated October 10, 2002, be confirmed; it is further,

**ORDERED, ADJUDGED AND DECREED**, that Petitioners have Judgment against Respondent on the Award in the principal amount of $33,665.20 together with interest in the amount of $913.65 and costs in the amount of $150.00, for a total Judgment of $34,728.85.

Dated: Feb. 3, 2003
New York, New York

Barbara S. Jones
United States District Court Judge

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 2-10-3